IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-00271-01-CR-W-SRB |
| ) | |
| DERRICK THOMAS, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Derrick Thomas appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(B) to Counts One, Two, and Three of the Indictment, charging him with violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), that is, distribution of 40 grams or more of a mixture or substance containing a detectable amount of fentanyl; and Count Four of the Indictment, charging him with a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), that is, felon in possession of a firearm.

I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceeding, and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Derrick Thomas's plea of guilty be accepted and that defendant Thomas be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. See 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge